IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRIAN CARPENTER, <br><br> Plaintiff, <br><br> vs. <br><br> THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and LINCOLN NATIONAL CORPORATION d/b/a LINCOLN FINANCIAL GROUP, <br><br> Defendants. | Civil Action No. 4:19-cv-00513-P |

## RULE 41 STIPULATED DISMISSAL WITH PREJUDICE

**COME NOW** plaintiff Brian Carpenter ("Plaintiff") and defendants The Lincoln National Life Insurance Company ("Lincoln") and Lincoln National Corporation d/b/a Lincoln Financial Group ("LNC"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby jointly dismiss with prejudice all claims asserted by Plaintiff against Lincoln and LNC. Each party shall bear its own costs and fees

1

4841-5357-8158.1

Respectfully submitted this 13th day of December, 2019.

| | |
|---|---|
| /s/ *Wesley M. Hightower* | /s/ *Jason Walters* |
| Wesley M. Hightower (SBN 09618200) <br> M. Chase Price (SBN 24104438) <br> BLAIES & HIGHTOWER LLP <br> 420 Throckmorton Street, Suite 1200 <br> Fort Worth, Texas 76102 <br> 817.334.0800 (p) <br> 817.334.0574 (f) <br> weshightower@bhilaw.com <br> cprice@bhilaw.com <br><br> Trey Harlin (SBN 00795054) <br> Trey Harlin, P.C. <br> 5752 Boat Club Road, Suite 400 <br> Fort Worth, Texas 76179 <br> 817.335.0444 (p) <br> 817.335.5361 (f) <br> trey@harlinlaw.com <br><br> *Attorneys for Plaintiff Brian Carpenter* | Jason A. Walters *(pro hac vice)* <br> BRADLEY ARANT BOULT CUMMINGS LLP <br> One Federal Place <br> 1819 5th Avenue North <br> Birmingham, Alabama 35203 <br> 205.521.8000 (p) <br> 205.521.8800 (f) <br> jwalters@bradley.com <br><br> E. Sawyer Neely (SBN 24041574) <br> BRADLEY ARANT BOULT CUMMINGS LLP <br> 4400 Renaissance Tower <br> 1201 Elm Street <br> Dallas, Texas 75270 <br> 214.939.8722 (p) <br> 214.939.8787 (f) <br> sneely@bradley.com <br><br> *Attorneys for The Lincoln National Life Insurance Company and Lincoln National Corporation d/b/a Lincoln Financial Group* |